```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

-against-

JOHN DOE subscriber assigned IP address 71.190.252.235,

                Defendant.

20 Civ. 6600 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

    The Court referred the case to the Honorable Robert W. Lehrburger for general pretrial. ECF No. 9. Accordingly, the initial pretrial conference scheduled for October 21, 2020, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: October 14, 2020
       New York, New York

ANALISA TORRES
United States District Judge